UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAH ALAM

Plaintiff(s)

- v -

FAIRSTEAD MANAGEMENT LLC
and JEFFREY GOLDBERG

Defendant(s)

**RULE 7.1 STATEMENT**

1:24-CV-849

Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Defendants Fairstead Management LLC and Jeffrey Goldberg

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor. If there are no such corporations, the form shall so state.

Fairstead Holdings LLC is the parent corporation of Defendant Fairstead Management LLC. No publicly held corporation owns 10% or more of Defendant Fairstead Management LLC.

1

Part II

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Fairstead Holdings LLC, a Delaware limited liability company, is the sole member of Defendant Fairstead Management LLC.

3/25/24
Date

Kimberly E. Carson
Signature of Attorney

NY State Bar No. 4842977
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022

RESET   PRINT   SAVE