

**John H. Chun**
**Partner**
Phone: 212.592.1546
Fax: 212.545.2394
jchun@herrick.com

February 6, 2026

<u>VIA ECF</u>
Hon. Naomi Reice Buchwald
United States District Court
500 Pearl St.
New York, NY 10007-1312

Re:    *Alam v. Fairstead Management LLC et al.,* Case No. 1:24-cv-00849-NRB

Dear Judge Buchwald:

We move on behalf of Defendants pursuant to Your Honor's Individual Practices and Section 6 of the ECF Rules & Instructions, to seal Exhibits 8, 25, and 27-28 to the Declaration of Jeffrey Goldberg ("<u>Goldberg Decl.</u>"), and Exhibits 4-15 and 17-19 to the Declaration of John H. Chun ("<u>Chun Decl.</u>"), filed with Defendants' concurrently filed motion for partial summary judgment.[1] Each of the documents at issue have been designated as either "Confidential" or "Highly Confidential-Attorneys' Eyes Only" ("<u>AEO</u>") under the Stipulated Confidentiality Agreement and Protective Order [ECF 48].

**Defendants' Produced Documents**

Exhibit 25 to the Goldberg Decl. is a copy of Plaintiff's 2020 income tax return, which Defendants have designated as "Confidential" given the financial information contained therein. Defendants also seek to seal and redact portions of Exhibit 8 to the Goldberg Decl., which is Plaintiff's expense report summary, and Exhibits 27-28 to the Goldberg Decl., which are emails containing pricing proposals from Fairstead's third-party vendors. The redaction of such confidential business information concerning the day-to-day business operations by a senior Fairstead employee, and vendors' proprietary pricing information, is appropriate here. Defendants' proposed redactions are necessary and narrowly tailored to protect this confidential information, including business strategies. *See GoSmile, Inc. v. Levine*, 769 F. Supp. 2d 630, 649 (S.D.N.Y. 2011) (quoting *Lugosch v. Pyramid Co.*, 435 F.3d 110, 119-20 (2d Cir. 2006)); *Kewazinga Corp. v. Microsoft Corp.*, No. 1:18-cv-4500-GHW, 2021 WL 1222122, at *6 (S.D.N.Y. Mar. 31, 2021).

**Plaintiff's and Non-Party's Produced Documents**

Exhibits 4-13, 15, and 17-19 to the Chun Decl. have been produced by Plaintiff and designated as either "Confidential" or "AEO", and Exhibit 14 to the Chun Decl. has been produced by non-party Jones Lang LaSalle and designated as "Confidential." Given these confidentiality

---

[1] Defendants note that separate from the relief sought by this motion, some of these documents contain privacy redactions in accordance with Fed. R. Civ. P. 5.2.

# HERRICK

February 6, 2026
Page 2

designations, Defendants are including these materials to be filed under seal. Defendants take no position on whether they should remain sealed.[2]

Thank you for your attention to this matter.

Respectfully submitted,

John H. Chun

cc:    Counsel of Record (via ECF)

Application granted.

SO ORDERED.

Dated:      February 9, 2026
            New York, New York

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

---

[2] As discussed during the December 16, 2025 conference and further articulated in Defendants' December 19, 2025 letter [ECF 55], Defendants object to Plaintiff's "AEO" designations but have included these documents in this letter motion pending resolution of the objections.