**MB** **MANDEL BHANDARI** LLP

80 Pine St | Fl 33 | New York, NY | 10005 | T. (212) 269-5600 | F. (646) 964-6667 | www.mandelbhandari.com

March 13, 2026

**BY ECF**

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street, New York, New York 10007

> Re:   **Alam v. Fairstead Mgmt LLC, et al., No. 1:24-cv-00849 (S.D.N.Y.)**
>       <u>**Letter Motion re Sealing**</u>

Dear Judge Buchwald,

We move on behalf of Plaintiff pursuant to Your Honor's Individual Practices and Section 6 of the ECF Rules & Instructions, to seal Exhibits A and B to the Declaration of Donald Conklin ("Conklin Decl."), filed with Plaintiff's concurrently filed opposition to Defendants' motion for partial summary judgment.  The documents at issue include materials Defendants produced that they designated as "Confidential" under the Stipulated Confidentiality Agreement and Protective Order [Dkt. 48], and a compilation derived from those materials.

**Exhibit A**:  Exhibit A to the Conklin Decl. is a printout of an Excel spreadsheet that Defendants produced in this action and designated as "Confidential" under the Protective Order.

**Exhibit B**:  Exhibit B to the Conklin Decl. is a compilation of information from the spreadsheet submitted as Exhibit A and the spreadsheet submitted in connection with Defendants' motion as Exhibit 7 to the Declaration of Jeffrey Goldberg.

Given the confidentiality designation for Exhibit A, Plaintiff is including these materials to be filed under seal.  Plaintiff takes no position on whether these documents should remain sealed.

Respectfully submitted,

*/s/ Donald Conklin*

Donald Conklin

```
     Application  granted  without
prejudice  to  reconsideration.


Dated:     March 16, 2026
           New York, New York
```

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE